Opinion approved by the court.

## BUTLER v. STATE.
### No. 26346.

Court of Criminal Appeals of Texas.
April 1, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

## LANNING v. STATE.
### No. 26347.

Court of Criminal Appeals of Texas.
April 1, 1953.

No attorney at Law, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Driving a motor vehicle upon a public highway while intoxicated is the offense; the punishment, a fine of $100.

Neither a statement of facts nor bills of exception accompany the record, without which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.